No. 152. HERNÁNDEZ, PETICIONARIO, *v.* FOOTE, JUEZ DE DISTRITO DE MAYAGÜEZ, DEMANDADO.—*Certiorari.* Julio 10, 1915. *Denegada la solicitud.*

No. 866. EL PUEBLO, DEMANDANTE Y APELADO, *v.* JIMÉNEZ ET AL., ACUSADOS Y APELANTES.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Julio 17, 1915. *Confirmada la sentencia.*

No. 873. EL PUEBLO, DEMANDANTE Y APELADO, *v.* BIGFIELD, ACUSADA Y APELANTE.—Alterar la paz. Humacao. Julio 17, 1915. *Confirmada la sentencia.*

No. 871. EL PUEBLO, DEMANDANTE Y APELADO, *v.* DANIEL ET AL., ACUSADOS Y APELANTES.—Infracción al Reglamento de Sanidad. San Juan, Sección 2ª. Julio 17, 1915. *Confirmada la sentencia.*

No. 876. EL PUEBLO, DEMANDANTE Y APELADO *v.* BUSÓ ET AL., ACUSADOS Y APELANTES.—Alterar la paz. Humacao. Julio 17, 1915. *Confirmada la sentencia.*

No. 868. EL PUEBLO, DEMANDANTE Y APELADO, *v.* AGUIRRE, ACUSADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. Arecibo. Julio 17, 1915. *Confirmada la sentencia.*

No. 1189. FIGUEROA ET AL., DEMANDANTES, APELANTES Y APELADOS, *v.* LEDESMA ET AL., DEMANDADOS, APELADOS Y APELANTES.—Disolución o rescisión de sociedad mercantil. Arecibo. Julio 19, 1915. *Desistida la apelación.*